proper venue for the matter or the propriety of any summons issued in the matter. The appeal lacks arguable merit and is therefore frivolous. *See Howard,* 707 F.2d at 220. Johns's and Green's motions for leave to proceed IFP on appeal are DENIED, and their appeal is DISMISSED as frivolous. *See Baugh,* 117 F.3d at 202 n. 24; 5TH CIR. R. 42.2.

Our dismissal of this appeal as frivolous counts as a strike under § 1915(g). *See* § 1915(g); *Adepegba v. Hammons,* 103 F.3d 383, 388 (5th Cir.1996). Johns and Green are warned that if either one of them individually accumulates three strikes, he will not be allowed to proceed IFP in any civil action or appeal unless he is under imminent danger of serious physical injury. *See* § 1915(g).

IFP MOTIONS DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.

Sandra Ema Gutierrez, Peter M. Mansfield, Sharon Denise Smith, Esq., Thomas L. Watson, Assistant U.S. Attorneys, U.S. Attorney's Office, New Orleans, LA, for Defendant–Appellee.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given in that court's order of February 29, 2012.

The appellant has not presented evidence of discrimination or retaliation as was fully explained in that order and not answered by the brief to this court.

AFFIRMED.

---

**George B. DEDUAL, III,**
**Plaintiff–Appellant**

v.

**UNITED STATES POSTAL SERVICE,**
**John E. Potter, Postmaster General,**
**Defendant–Appellee.**

No. 12–30358
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 21, 2012.

George B. Dedual, III, Picayune, MS, pro se.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Andres Mendoza MARTINEZ,**
**Defendant–Appellant.**

No. 12–40116
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 21, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.